UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 13-05045 DMG (MRWx)** | Date | March 27, 2014 |
| Title | *Hector Guerra v. Lockheed Martin Corporation, et al.* | Page | 1 of 1 |

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION**

On January 13, 2014, this Court issued an order denying Plaintiff's Motion to Remand, without prejudice to renewal, after concluding that it has subject matter jurisdiction because Plaintiff's breach of contract claim is preempted by section 301 of the Labor-Management Relations Act ("LMRA"), as amended, 29 U.S.C. § 185(a). [Doc. # 24.] The Court's January 13, 2014 order also granted Defendants' Motion to Dismiss in part, with leave to amend to assert a Section 301 claim. (*Id.*) On January 31, 2014, Plaintiff filed the operative First Amended Complaint ("FAC") asserting the following state law claims: (1) wrongful termination in violation of public policy; (2) violation of California Labor Code section 1102.5; (3) intentional infliction of emotional distress; and (4) defamation. [Doc. # 25.] On February 21, 2014, Defendants filed a Motion to Dismiss the FAC's claims for intentional infliction of emotional distress and defamation under Federal Rule of Civil Procedure 12(b)(6). [Doc. # 30.]

The operative FAC does not assert a federal claim. The parties are ordered to show cause, in writing, why this case should not be remanded to the Superior Court for the County of Los Angeles due to lack of subject matter jurisdiction. **Defendants shall respond by April 4, 2014. Plaintiff's Opposition is due by April 11, 2014.**

**IT IS SO ORDERED.**