UNITED STATES DISTRICT COURT  JS-6 / REMAND
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | |
|---|---|
| Case No. **CV 13-05045 DMG (MRWx)** | Date  April 21, 2014 |
| Title  *Hector Guerra v. Lockheed Martin Corporation, et al.* | Page  1 of 1 |

Present: The Honorable  DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER REMANDING ACTION TO LOS ANGELES COUNTY SUPERIOR COURT**

On March 27, 2014 the Court issued an Order to Show Cause ("OSC") why this case should not be dismissed for lack of subject matter jurisdiction. [Doc. # 34.] On April 4, 2014, Defendants responded to the OSC. [Doc. # 35.] On April 11, 2014, Plaintiff filed his opposition. [Doc. # 36.]

Plaintiff's First Amended Complaint asserts four state-law claims: (1) wrongful termination in violation of public policy; (2) violation of California Labor Code § 1102.5; (3) intentional infliction of emotional distress; and (4) defamation. [Doc. # 25.] None of these claims confer federal jurisdiction or are artfully pleaded so as to avoid federal jurisdiction. As the Court lacks subject matter jurisdiction, the Court remands this action to Los Angeles County Superior Court.

Defendants Bill Seilhymer and Lockheed Martin Corporation's Motion to Dismiss Two Claims in the First Amended Complaint Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure [Doc. # 30] is rendered MOOT.

**IT IS SO ORDERED.**